UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLPARK PROPERY OWNER, LLC,<br>Plaintiff,<br>vs.<br>CUSTOM HOUSE RISK ADVISORS, INC.,<br>Defendant. | Case No. 3:26-cv-00592-ART-CLB<br>**ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE IN THIS CASE AND DESIGNATION OF LOCAL COUNSEL** |

ANGELA R. ELBERT, Petitioner, respectfully represents to the Court:

1. Petitioner is an attorney at law and a member of the law firm of: Neal Gerber Eisenberg, LLP; 225 W. Randolph, Chicago, IL 60606; Telephone: (312) 269-8000; E-mail: aelbert@nge.com.

2. Petitioner has been retained personally or as a member of the above-named law firm by BALLPARK PROPERTY OWNER, LLC to provide legal representation in connection with the above-entitled matter now pending before the above referenced court.

3. That since November 7, 1996, Petitioner has been, and presently is, a member of good standing of the bar of the highest court of the State of Illinois where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts

of other states on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Illinois | 11/07/1996 | 6236964 |
| USDC, Northern District of Illinois | 08/17/2005 | |
| Seventh Circuit Court of Appeals | 1998 | |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary of disbarment proceedings, except as described in detail below: None.

6. That Petitioner has never been denied admission to the State Bar of Nevada, (Give particulars if ever denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule 1A 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matter: (state "none" if no applications): None.

| Date of Application | Cause | Title of Court Administrative body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF ILLINOIS )
)
COUNTY OF COOK )

Angela R. Elbert, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

23 day of July, 2026.

OFFICIAL SEAL
CORINA COOK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/01/2027

Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THE U.S. DISTRICT COURT, DISTRICT OF NEVADA, AND CONSENT THERETO**

Pursuant to the requirements of the Local Rules of Practice for U.S. District Court, District of Nevada, the Petitioner believes it to be in the best interests of the clients(s) to designate Leslie Bryan Hart, Attorney at law, member of the State of Nevada and previously admitted to practice before the U.S. District Court, District of Nevada, as resident counsel in this action. The address and email address of said designated Nevada counsel is: 7800 Rancharrah Pkwy., Reno, Nevada 89511, (775) 788-2228, lhart@fennemorelaw.com. By this designation the Petitioner and undersigned party(ies) agree that this designation

constitutes agreement and authorization for the designated resident admitted counsel to sign stipulation binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Leslie Bryan Hart as its Designated Resident Nevada Counsel in this case.

Sean Murphy, Manager
Ballpark Property Owner, LLC

**CONSENT OF DESIGNEE**

The undesigned hereby consents to serve as associate resident Nevada counsel in this case.

Leslie Bryan Hart

4932 | lhart@fennemorelaw.com
Bar Number | Email address

**APPROVED.**

Anne R. Traum
United States District Judge

Dated: August 5, 2026

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Angela R. Elbert

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/1996 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 30th day of July, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois